# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIC HOWARD BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 12-CV-2674 JTM |
| v. | ) |
| | ) |
| DOUGLAS CHANCELLOR MEYERS | ) |
| & ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties move this Court for an Order of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). As the case has been resolved by way of settlement, this cause of action is hereby dismissed with prejudice, with each party to bear its own cost.

IT IS SO ORDERED this 12th day of June, 2013.

                                             s/ J. Thomas Marten
                                             The Honorable Judge J. Thomas Marten

Submitted by:

*/s/ J. Mark Meinhardt*
J. Mark Meinhardt
9400 Reeds Road, Suite 210
Overland Park, KS 66207
mark@meinhardtlaw.com
***ATTORNEY FOR PLAINTIFF***


/s/ Neil C. Gosch
Neil C. Gosch              KS #24234
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Email: n.gosch@swrllp.com
***ATTORNEYS FOR DEFENDANT***